UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

DERRICK KINGSMAN,

    Plaintiff,

vs.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No. 3:21-cv-232

District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain, Jr.

---

**ORDER: (1) APPROVING THE PARTIES' JOINT STIPULATION FOR REMAND (DOC. NO. 8); (2) REMANDING THIS CASE TO THE COMMISSIONER UNDER THE FOURTH SENTENCE OF 42 U.S.C. § 405(g) FOR FURTHER PROCEEDINGS; (3) ORDERING THAT THE CLERK ENTER JUDGMENT ACCORDINGLY; AND (4) TERMINATING THIS CASE ON THE DOCKET**

---

This Social Security disability benefits appeal is before the Court on the parties' joint stipulation to remand this case to the Commissioner for further administrative proceedings pursuant to the Fourth Sentence of 42 U.S.C. § 405(g).  Doc. No. 8.  For good cause shown, and absent opposition, **IT IS ORDERED THAT:** (1) the ALJ's non-disability finding is unsupported by substantial evidence, and the parties' joint stipulation for a remand (Doc. No. 8) is **APPROVED**; (2) this case is **REMANDED** to the Commissioner under the Fourth Sentence of 42 U.S.C. § 405(g) for further proceedings; and (3) this case is **TERMINATED** on the docket.  The Clerk is **ORDERED** to enter judgment accordingly.

    **IT IS SO ORDERED.**

Date:   January 24, 2022                         s/ Michael J. Newman
                                                                Hon. Michael J. Newman
                                                                United States District Judge